

**Signed: July 15, 2009**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                    )
   CONSILIENT INC    )   Case No. 02-40383
                     )
                     )   Chapter No. 7
                     )
                     )
Debtor                    )   **ORDER TO PAY UNCLAIMED FUNDS**
                     )

It appearing that the check(s) made payable to Daniel M. Stoner in the total amount of $ 574.69 was not cashed within the 90 day limit and an unclaimed money report was entered on 06/23/2008 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Daniel M. Stoner is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $ 574.69 to the order of Daniel M. Stoner, c/o John Costello, C.P.A, 1300 N. Federal Hwy, Suite 201, Boca Raton, FL, 33432-2848.

**\*\*End of Order\*\***
**\*\*No Service List Requested\*\***